UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
MAY 18 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § |
| VS. | § § CAUSE NO.:DR-21-CR-00336-AM |
| SAUL CIFUENTES | § § § |

## STIPULATION OF FACTS

The United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant U.S. Attorney, the Defendant, and Defense counsel hereby stipulate that if this matter were to proceed to trial, the United States would establish by legal and competent evidence the following facts beyond a reasonable doubt:

On February 5, 2021, at 2:00a.m., Defendant, Saul Cifuentes, was driving a Dodge Challenger on Ranch Road 334 near Brackettville, Texas, within the Western District of Texas. Border Patrol Agents noticed the vehicle did not appear to be a local vehicle that they had seen before. Ranch Road 334 historically has had a high amount of alien smuggling events because the road circumvents an immigration checkpoint. Defendant appeared to be traveling unusually fast. Border Patrol Agents got behind the vehicle and Defendant slowed from 65 mph to 50 mph. Based the totality of the circumstances, Border Patrol Agents made a lawful stop of Defendant's vehicle to perform an immigration check. Agents identified the three passengers in Defendant's vehicle were citizens of Honduras illegally present in the United States.

Border Patrol Agents advised Defendant of his Constitutional and statutory rights, which he voluntarily and knowingly waived, agreeing to speak without an attorney present. After *Miranda* warnings, Defendant stated that he traveled from Houston, Texas on February 4, 2021 because a co-conspirator recruited him via the WhatsApp messaging application to transport illegal aliens in exchange for $7,000. Defendant stated the co-conspirator gave him the phone number of one of the illegal aliens that Defendant was to smuggle. Defendant stated that alien provided Defendant the pick-up location once Defendant arrived in Eagle Pass. Defendant stated he expected to be paid by the families of the illegal aliens Defendant transported. Defendant stated he knew he was transporting illegal aliens and intended to transport them to Houston. Defendant stated he went there and three illegal aliens came out of an unfinished house and got in his vehicle. Defendant showed Agents the location on his phone.

Defendant now accepts responsibility and admits that on or about February 5, 2021, Defendant conspired to transport illegal aliens within the Western District of Texas and that Defendant knew or recklessly disregarded the fact that the aliens being transported were illegally in the United States and had no legal documents to be in the United States, and that such transportation was in furtherance of the aliens' illegal entry. Defendant committed all the foregoing acts knowingly, intentionally and voluntarily with a specific intent to violate the law in violation of Title 8, United States Code § 1324(a)(1)(A)(v)(I) & (B)(i).

Respectfully submitted,

ASHLEY C. HOFF

United States Attorney

By: *[signature]*

HOLLY PAVLINSKI
Assistant United States Attorney

After consulting with my attorney, I hereby stipulate the above Statement of Facts is true and accurate, and had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt. **I accept responsibility for my actions in this case and apologize for having committed this offense.**

Signed this __18th__ day of __May__, 2021.

_____
SAUL CIFUENTES
Defendant

I am Defendant's Attorney, I have carefully reviewed the above Stipulation of Facts with the Defendant. To my knowledge, Defendant's decision to stipulate to such facts is informed and voluntary.

Signed this __18th__ day of __May__, 2021.

_____
JUAN NERI, III
Defendant's Attorney

Adopted and approved this __18th__ day of __May__, 2021.

_____
ALIA MOSES
United States District Judge