PROB 12C
(7/93)

**FILED**
JUL 30 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: <u>Saul Cifuentes</u>                                          Case Number: <u>DR:21-CR-00336(1)-AM</u>

Name of Sentencing Judicial Officer: <u>Honorable Alia Moses, Chief United States District Judge</u>

Date of Original Sentence: <u>March 17, 2022</u>

Original Offense: <u>Conspiracy to Transport Illegal Alien, in violation of 8 U.S.C. § 1324</u>

Original Sentence: <u>14 months imprisonment followed by a 3 year term of supervised release</u>

Type of Supervision: <u>Supervised Release</u>         Date Supervision Commenced: <u>March 29, 2022</u>

Assistant U.S. Attorney: <u>Holly Diane Pavlinski</u>   Defense Attorney: <u>Juan Neri III (AFPD)</u>

---

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ The issuance of a warrant

☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime during the term of supervision.**<br><br>On June 13, 2024, in the Southern District of Texas, the offender violated the conditions of his supervised release by committing the offenses of Family Violence – Assault (A/C) Bodily Injury 15years old and up, in violation of Texas Penal Code § 46.04.<br><br>According to the Houston Police Department Offense report, on June 12, 2024, Jennifer Gonzalez, the offender's girlfriend reported that she had been assaulted by her boyfriend Saul Cifuentes, also known as the offender in this report. Ms. Gonzalez states that she spent the night at his home on June 11, 2024, and at approximately 12:10am on June 12, 2024, the offender began hitting her with open hands on her arms, legs, and face with no warning while in his bed. She states that he eventually punched her with a closed fist in her right arm approximately 5 to 7 times, held her arms, and began laughing. Ms. Gonzalez states she began to defend herself and slapped him in the face, and he turned around and slapped her in the face and hit her on top of her head approximately 6 times. Ms. Gonzalez attempted to leave, but the offender took her keys and phone so she could not leave. He instructed her to lay down or he |

Saul Cifuentes
2:21-CR-00336(1)-AM
Petition for Warrant or Summons
Page 2

would beat the fuck out of her and kill her. After approximately 30 minutes, the offender gave her the keys and phone back and she attempted to call the local police department but was placed on hold and was not able to speak to an officer. Ms. Gonzalez stated to the police officer taking the report that she knows the offender owns a gun and is concerned for hers and her daughter's safety since he threatened to kill her. The victim also indicated that in February, April, and May the offender also assaulted her, but she did not report those instances to police when they occurred.

Contact with Houston Police Department Special Victims Division/Family Violence Unit revealed that an arrest has not been made yet, but a warrant is forthcoming for his arrest.

**U.S. Probation Officer Recommendation:** Since his release, the offender has been supervised by the Houston Division of the United States Probation Office for the Southern District of Texas. As evidenced above, despite being on supervised release, the defendant has not been deterred from engaging in criminal activity. His decision to utilize violence in such a trivial situation is indicative that he has no regard for his conditions of supervision and no respect for his significant other's right to be free from physical harm. Therefore, it is respectfully recommended that a supervised release violation warrant be issued for the offender's arrest, and his term of supervised release be revoked.

The term of supervision should be

☒ revoked. (Maximum penalty: __2__ years imprisonment; __3__ supervised release)

☐ extended for _____ years for a total term of _____ years

☐ the conditions of supervision should be modified as follows:

Approved by:

_CH Sandoval_
Darren P. Kohut
Supervising U.S. Probation Officer

Respectfully submitted by:

_Ramiro Ortiz_
Ramiro Ortiz, Jr.
U.S. Probation Officer Assistant
Telephone: (830) 703-2089, ext. 6147
Date: July 15, 2024

Approved:

_James T. Ward_
James T. Ward
Supervisory Assistant U.S. Attorney

cc:   Andrew Gonzales
      Assistant Deputy Chief U.S. Probation Officer

Saul Cifuentes
2:21-CR-00336(1)-AM
Petition for Warrant or Summons
Page 3

THE COURT ORDERS:

☐ No action.
☑ The issuance of a WARRANT. Bond is set in the amount of $ Detain   cash/surety with supervision by the United States Probation Office to continue as a condition of release.
☐ The issuance of a SUMMONS.
☐ Other _____

_____
Honorable Alia Moses
Chief United States District Judge

_____7/30/24_____
Date