AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

U.S. MARSHALS W/TX
RECEIVED

JUL 3 1 2024

DEL RIO, TX

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SAUL CIFUENTES | ) | Case No.  DR-21-CR-0336 (01) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     SAUL CIFUENTES                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   PLEASE SEE ATTACHMENT

Date:     07/30/2024

*Issuing officer's signature*
D. De Luna, Operations Clerk
*Printed name and title*

City and state:    Del Rio, Texas

Chief U.S. District Judge Alia Moses
*Judicial Officer's Name*

Bail fixed at $:   NO BOND

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*