AO 94 (Rev. 06/09) Commitment to Another District

United States District Court
Southern District of Texas

**ENTERED**
December 23, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF TEXAS

FILED

DEC 3 0 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
Case No. 4:24-mj-00552

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| versus | § |
| | § |
| Saul Cifuentes | § |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Texas Western District Court, Del Rio division, in DR:21CR336 (charging District's case number).**

The defendant requested court appointed counsel. Federal Public Defender appointed.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: December 23, 2024

_Peter Bray_
Peter Bray
United States Magistrate Judge

Government moved for detention and Defendant detained pending a hearing in District of offense.

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:24-mj-00552-1
### *Internal Use Only*

Case title: USA v. Cifuentes

Date Filed: 12/23/2024

Other court case number: 2:21-cr-00336 Western District of
Texas (Del Rio)

Assigned to: Magistrate Judge
Peter Bray

### Defendant (1)

**Saul Cifuentes**                    represented by   **Amr Adnan Ahmed**
Office of the Federal Public Defender
440 Louisiana
Suite 1350
Houston, TX 77002
713-718-4600
Fax: 713-718-4610
Email: amr_ahmed@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Federal Public Defender - Houston**
440 Louisiana
Ste 1350
Houston, TX 77002
713-718-4600
Fax: 713-718-4610
Email: hou_ecf@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

### Pending Counts                              ### Disposition
None

### Highest Offense Level (Opening)
None

### Terminated Counts                          ### Disposition
None

1

**Highest Offense Level**
**(Terminated)**

None

**Complaints**                                    **Disposition**

Violation of Supervised Release

---

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/23/2024 | 1 | Petition for Warrant or Summons for Offender Under Supervision from Western District of TX, Del Rio as to Saul Cifuentes, filed. (glk4) (Additional attachment(s) added on 12/23/2024: # 1 Original Petition) (glk4). (Entered: 12/23/2024) |
| 12/23/2024 | | Arrest (Rule 32) of Saul Cifuentes, filed. (glk4) (Entered: 12/23/2024) |
| 12/23/2024 | 2 | Arrest Warrant issued 7/31/2024; Returned Executed on 12/23/2024 as to Saul Cifuentes. Defendant was arrested in Houston, TX. Document restricted from PACER under privacy policy., filed. (glk4) (Entered: 12/23/2024) |
| 12/23/2024 | | Set/Reset Deadlines/Hearings as to Saul Cifuentes: Initial Appearance – Rule 32 set for 12/23/2024 at 02:00 PM in Courtroom 703 before Magistrate Judge Peter Bray (glk4) (Entered: 12/23/2024) |
| 12/23/2024 | | Arrest of Saul Cifuentes, filed. (jmm4) (Entered: 12/23/2024) |
| 12/23/2024 | | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 12/23/2024 before Magistrate Judge Peter Bray as to Saul Cifuentes. Defendant first appearance on Supervised Release Violation from the Texas Western District Court DR:21CR336 and advised of rights/charges. Defendant requests appointed counsel, Financial affidavit executed, Defendant appeared with counsel. Order appointing FPD to be entered, Defendant waives Identity, Detention Hearing in this district and Waiver of 32.1 Hearing executed, Waiver of Identity, Detention Hearing in this district executed on the record, Defendant ordered removed to originating district. Appearances: AUSA Lauren Valenti for USA; AFPD Amr Ahmed for Defendant.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Yes) Defendant remanded to custody, filed. (jmm4) (Entered: 12/23/2024) |
| 12/23/2024 | 3 | Sealed Financial Affidavit CJA 23 by Saul Cifuentes, filed. (Entered: 12/23/2024) |
| 12/23/2024 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Saul Cifuentes. (Signed by Magistrate Judge Peter Bray) Parties notified. (jmm4) (Entered: 12/23/2024) |
| 12/23/2024 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Saul Cifuentes. Defendant committed to the Texas Western District Court. ( Signed by Magistrate Judge Peter Bray) Parties notified. (jmm4) (Entered: 12/23/2024) |
| 12/23/2024 | | RULE 5 Papers sent via email to Texas Western District Court Del Rio Division as to Saul Cifuentes, filed. (jmm4) (Entered: 12/23/2024) |

| 12/26/2024 | | NOTICE OF ATTORNEY APPEARANCE Amr Adnan Ahmed, Federal Public Defender, in case as to Saul Cifuentes, filed. (Ahmed, Amr) (Entered: 12/26/2024) |
|---|---|---|

PROB 12C
(7/93)

United States Courts
Southern District of Texas
FILED
*December 23, 2024*
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

**FILED**

NOV 12 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**4:24-mj-552**

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: <u>Saul Cifuentes</u>                                        Case Number: <u>DR:21-CR-00336(1)-AM</u>

Name of Sentencing Judicial Officer: <u>Honorable Alia Moses, Chief United States District Judge</u>

Date of Original Sentence: <u>March 17, 2022</u>

Original Offense: <u>Conspiracy to Transport Illegal Alien, in violation of 8 U.S.C. § 1324</u>

Original Sentence: <u>14 months imprisonment followed by a 3 year term of supervised release</u>

Type of Supervision: <u>Supervised Release</u>            Date Supervision Commenced: <u>March 29, 2022</u>

Assistant U.S. Attorney: <u>Holly Diane Pavlinski</u>    Defense Attorney: <u>Juan Neri III (AFPD)</u>

---

## PREVIOUS COURT ACTION

The original petition and warrant were filed in this matter on July 30, 2024.

## PETITIONING THE COURT

☒ No action. The petition was amended to include the offender was arrested for illegally possessing a firearm.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime during the term of supervision.** |

On June 13, 2024, in the Southern District of Texas, the offender violated the conditions of his supervised release by committing the offenses of Family Violence – Assault (A/C) Bodily Injury 15years old and up, in violation of Texas Penal Code § 46.04.

According to the Houston Police Department Offense report, on June 12, 2024, Jennifer Gonzalez (the offender's girlfriend) reported that she had been assaulted by her boyfriend Saul Cifuentes (the offender). Ms. Gonzalez states that she spent the night at the offender's home on June 11, 2024, and at approximately 12:10am on June 12, 2024, the offender began hitting her with open hands on her arms, legs, and face with no warning while in his bed. She stated he eventually punched her with a closed fist in her right arm approximately five to seven times, held her arms, and began laughing. Ms. Gonzalez states she began to defend herself and slapped him in the face, and he turned around and slapped her in the face and hit her on top of her head approximately six times. Ms. Gonzalez attempted to leave, but the offender took her keys and phone so she could not leave. He instructed her to lay down or he would "beat the fuck of" her and kill her. After approximately 30 minutes, the offender gave her the keys and phone back, and the victim attempted to call the police but was placed on hold and was

4

Case 2:21-cr-00336-AM-M0552 Document 35 SEALED Filed 12/20/2411/Page 2 of 3 Page 2 of 3

Saul Cifuentes
2:21-CR-00336(1)-AM
Petition for Warrant or Summons
Page 2

not able to speak to an officer. Ms. Gonzalez stated to the police officer taking the report that she knows the offender owns a gun and is concerned for hers and her daughter's safety since he threatened to kill her. The victim also indicated that in February, April, and May the offender also assaulted her, but she did not report those instances to police when they occurred.

The offender was arrested on the warrant which was issued in the matter on July 25, 2024, and he was released on a $1,000 surety bond on July 26, 2024. The charge remains pending in the Harris County Court at Law No. 12 under Cause No. 252023501010-2.

2.          **Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime during the term of supervision.**

According to a Houston, Texas, Police Department offense report, on August 11, 2024, officers observed a white BMW sedan accelerate at a high rate of speed from a red traffic light reaching speeds of up to 50mph in a 30mph speed limit zone. A traffic stop of the vehicle was conducted and officers made contact with the driver, who was identified as the offender. After conducting a criminal history check, it was discovered the offender had a prior federal felony conviction, and he had an active warrant from the U.S. Marshall's Service for a supervised release violation petition (instant offense). The offender was placed under arrest without incident. During the process, officers observed a black Interarms Helwan 9mm cal. handgun (Serial No. 1063075) behind the driver's seat on the rear passenger floorboard. Officers contacted the Harris County District Attorney's Office and found that the offender was also on bond for Assault Family Member and is not to use or possess a firearm per the conditions of his bond.

On August 12, 2024, a complaint was filed in the matter charging the offender with Unlawful Possession of a Firearm by Felon, under Cause No. 188028601010-3. The case remains pending before the 183rd Judicial District Court of Harris County.

**U.S. Probation Officer Recommendation:** Since his release, the offender has been supervised by the Houston Division of the United States Probation Office for the Southern District of Texas. As evidenced above, despite being on supervised release, the defendant has not been deterred from engaging in very concerning criminal activity. His decision to utilize violence in such a trivial situation is indicative that he has no regard for his conditions of supervision and no respect for his significant other's right to be free from physical harm. Furthermore, the offender has continued to engage in dangerous criminal activity by possessing a firearm. In consideration of this information, it is respectfully recommended the offender's term of supervised release be revoked.

The term of supervision should be

☒   revoked.   (Maximum penalty: __2__ years imprisonment; __3__ supervised release)

☐   extended for _____ years for a total term of _____ years

☐   the conditions of supervision should be modified as follows:

5

Saul Cifuentes
2:21-CR-00336(1)-AM
Petition for Warrant or Summons
Page 3

Approved by:                                         Respectfully submitted by:

_____                            _____
Darren P. Kohut                                      Ramiro Ortiz, Jr.
Supervising U.S. Probation Officer                   U.S. Probation Officer Assistant
                                                     Telephone: (830) 703-2089, ext. 6147
                                                     Date: September 30, 2024

Approved:

_____
Katherine M. Gorski
Supervisory Assistant U.S. Attorney

cc:    Andrew Gonzales
       Assistant Deputy Chief U.S. Probation Officer

THE COURT ORDERS:

☑ No action. The petition was amended to include the offender's arrest for illegally possessing a firearm.
☑ Copies to attorneys.
☐ The issuance of a WARRANT. Bond is set in the amount of $_____ cash/surety with supervision by the
   United States Probation Office to continue as a condition of release.
☐ The issuance of a SUMMONS.
☐ Other _____

_____
Honorable Alia Moses
Chief United States District Judge

_____
11/19/24
Date

6

PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

FILED

JUL 30 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

for

WESTERN DISTRICT OF TEXAS

**4:24-mj-552**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: <u>Saul Cifuentes</u>                      Case Number: <u>DR:21-CR-00336(1)-AM</u>

Name of Sentencing Judicial Officer:  <u>Honorable Alia Moses, Chief United States District Judge</u>

Date of Original Sentence: <u>March 17, 2022</u>

Original Offense: <u>Conspiracy to Transport Illegal Alien, in violation of 8 U.S.C. § 1324</u>

Original Sentence: <u>14 months imprisonment followed by a 3 year term of supervised release</u>

Type of Supervision: <u>Supervised Release</u>          Date Supervision Commenced: <u>March 29, 2022</u>

Assistant U.S. Attorney:  <u>Holly Diane Pavlinski</u>     Defense Attorney:  <u>Juan Neri III (AFPD)</u>

---

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒  The issuance of a warrant

☐  The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime during the term of supervision.** |

On June 13, 2024, in the Southern District of Texas, the offender violated the conditions of his supervised release by committing the offenses of Family Violence – Assault (A/C) Bodily Injury 15years old and up, in violation of Texas Penal Code § 46.04.

According to the Houston Police Department Offense report, on June 12, 2024, Jennifer Gonzalez, the offender's girlfriend reported that she had been assaulted by her boyfriend Saul Cifuentes, also known as the offender in this report. Ms. Gonzalez states that she spent the night at his home on June 11, 2024, and at approximately 12:10am on June 12, 2024, the offender began hitting her with open hands on her arms, legs, and face with no warning while in his bed. She states that he eventually punched her with a closed fist in her right arm approximately 5 to 7 times, held her arms, and began laughing. Ms. Gonzalez states she began to defend herself and slapped him in the face, and he turned around and slapped her in the face and hit her on top of her head approximately 6 times. Ms. Gonzalez attempted to leave, but the offender took her keys and phone so she could not leave. He instructed her to lay down or he

7

Case 2:21-cr-00336-AM    Document *SEALED    Filed 12/30/24    Page 2 of 3

Saul Cifuentes
2:21-CR-00336(1)-AM
Petition for Warrant or Summons
Page 2

would beat the fuck out of her and kill her. After approximately 30 minutes, the offender gave her the keys and phone back and she attempted to call the local police department but was placed on hold and was not able to speak to an officer. Ms. Gonzalez stated to the police officer taking the report that she knows the offender owns a gun and is concerned for hers and her daughter's safety since he threatened to kill her. The victim also indicated that in February, April, and May the offender also assaulted her, but she did not report those instances to police when they occurred.

Contact with Houston Police Department Special Victims Division/Family Violence Unit revealed that an arrest has not been made yet, but a warrant is forthcoming for his arrest.

**U.S. Probation Officer Recommendation:** Since his release, the offender has been supervised by the Houston Division of the United States Probation Office for the Southern District of Texas. As evidenced above, despite being on supervised release, the defendant has not been deterred from engaging in criminal activity. His decision to utilize violence in such a trivial situation is indicative that he has no regard for his conditions of supervision and no respect for his significant other's right to be free from physical harm. Therefore, it is respectfully recommended that a supervised release violation warrant be issued for the offender's arrest, and his term of supervised release be revoked.

The term of supervision should be

☒ revoked. (Maximum penalty: __2__ years imprisonment; __3__ supervised release)

☐ extended for _____ years for a total term of _____ years

☐ the conditions of supervision should be modified as follows:

Approved by:

*CH Sandoval*

Darren P. Kohut
Supervising U.S. Probation Officer

Respectfully submitted by:

*Ramiro Ortiz*

Ramiro Ortiz, Jr.
U.S. Probation Officer Assistant
Telephone: (830) 703-2089, ext. 6147
Date: July 15, 2024

Approved:

*James T. Ward*

James T. Ward
Supervisory Assistant U.S. Attorney

cc:    Andrew Gonzales
       Assistant Deputy Chief U.S. Probation Officer

8

Saul Cifuentes
2:21-CR-00336(1)-AM
Petition for Warrant or Summons
Page 3

## THE COURT ORDERS:

☐ No action.

☑ The issuance of a WARRANT. Bond is set in the amount of $ _Detain_ cash/surety with supervision by the United States Probation Office to continue as a condition of release.

☐ The issuance of a SUMMONS.

☐ Other _____

_____

Honorable Alia Moses
Chief United States District Judge

_____
7/30/24
Date

9

29336-579
#112349110

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

United States of America
v.
SAUL CIFUENTES

Case No.    DR-21-CR-0336 (01)

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    SAUL CIFUENTES
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ☑ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:
   PLEASE SEE ATTACHMENT

```
A true copy of the original, I certify
        Clerk, U.S. District Court

By _____
            Deputy Clerk
```

U.S. MARSHALS W/TX
RECEIVED

JUL 3 1 2024

Date:    07/30/2024        DEL RIO, TX

*Issuing officer's signature*
D. De Luna, Operations Clerk
*Printed name and title*

City and state:    Del Rio, Texas

Chief U.S. District Judge Alia Moses
*Judicial Officer's Name*

Bail fixed at $:    NO BOND

| Return | cell block executed |
|---|---|

This warrant was received on *(date)* **07/31/2024** , and the person was arrested on *(date)* **12/23/2024**
at *(city and state)* **Houston. TX**

Date:    **12/23/2024**

*Adrian Macias*
*Arresting officer's signature*

**A. Macias**
*Printed name and title*

DCO

Del Rio Arrest Warrant Rev    22

United States District Court
Southern District of Texas
**ENTERED**
December 23, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:24–mj–00552 |
| | § | |
| Saul Cifuentes | § | |

## ORDER APPOINTING COUNSEL

Because the defendant has satisfied this court that he or she is financially eligible for court-appointed counsel, the court appoints the Federal Public Defender to represent the defendant.

Signed at Houston, Texas, on December 23, 2024.

Peter Bray
United States Magistrate Judge