AO 442 (Rev. 11/11) Arrest Warrant #11234910

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
January 23, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __MG CIENEGA__
DEPUTY

United States of America
v.
SAUL CIFUENTES

Defendant

Case No. DR-21-CR-0336 (01)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SAUL CIFUENTES,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

PLEASE SEE ATTACHMENT

U.S. MARSHALS W/TX
RECEIVED
JUL 3 1 2024

Date: 07/30/2024      DEL RIO, TX

*Issuing officer's signature*
D. DeLuna, Operations Clerk
*Printed name and title*

City and state: Del Rio, Texas
Bail fixed at $: NO BOND

Chief U.S. District Judge Alia Moses
*Judicial Officer's Name*

### Return

This warrant was received on *(date)* 7/31/24, and the person was arrested on *(date)* 12/19/24
at *(city and state)* Houston, TX no detainer lodged

Date: 1/23/25

*Arresting officer's signature*
Rosie Perez, TA, USMS
*Printed name and title*

Del Rio Arrest Warrant Rev. 1/22