# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § |
| vs. | §   Case Number: DR:21-CR-00336(1)-AM |
| | § |
| (1) Saul Cifuentes | § |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the above named defendant.

This appointment shall remain in effect until the case is terminated or an attorney is appointed.

ORDERED this 24th day of January, 2025.

_____
JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE