IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

UNITED STATES OF AMERICA §
§
V. §
§ CAUSE NO. DR-21-CR-0336(1)
§
SAUL CIFUENTES

## WAIVER OF PRELIMINARY HEARING AND/OR DETENTION HEARING
(Rule 5 or 32.1, FED.R.CRIM.P.)

**Preliminary Hearing**

I, SAUL CIFUENTES, charged in a complaint pending in this District, and having appeared before this court and been advised of my rights as required by Rule 5 or Rule 32.1, FED.R.CRIM.P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

Yo, SAUL CIFUENTES, el acusado en una acusación pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliéndose con el reglamento 5 o 32.1 de los Reglamentos de Procedimiento Penal Federal, por este medio renuncio (abandono) mi derecho a una audiencia preliminar.

_____
Defendant

**Detention Hearing**

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for my trial. I hereby waive (give up) my right to have a detention hearing.

También me han informado de mi derecho a una audiencia para fijar fianza. Me han informado que, en la audiencia para fijar fianza, el juez recibirá pruebas para poder determinar si seguiré detenido sin fianza, o si me fijarán fianza. Me han informado que si renuncio (abandono) mi derecho a una audiencia para fijar fianza, seguiré detenido sin fianza hasta que se me someta a juicio. Renuncio (abandono) mi derecho a una audiencia para fijar fianza.

_____
Defendant

1-29-2025                                          *Dalila P. Paxton*
_____                   _____
Date                                                Attorney for Defendant