# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| vs. § | Case Number: DR:21-CR-00336(1)-AM |
| § | |
| (1) Saul Cifuentes § | |
| *Defendant* | |

# ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Saul Cifuentes, a hearing was set for January 29, 2025.

Dalila Padilla Paxton was appointed to represent the defendant. On January 29, 2025, the attorney for the defendant filed a Waiver of Preliminary and Detention Hearing signed by the attorney, and the defendant waiving the hearings and the right to contest the Government's motion,

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED this 29th day of January, 2025.

_____
JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE