PROB 12C
(7/93)

FILED
JUL 15 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Saul Cifuentes Case Number: DR:21-CR-00336(1)

Name of Sentencing Judicial Officer: Honorable Alia Moses, Chief United States District Judge

Name of Revocation Sentencing Judicial Officer: Honorable Alia Moses, Chief United States District Judge

Date of Original Sentence: March 17, 2022

Date of Revocation Sentence: July 3, 2025

Original Offense: 8 U.S.C. § 1324 – Conspiracy to Transport Illegal Aliens

Original Sentence: 14 months imprisonment followed by 3 years supervised release

Revocation Sentence: 12 months imprisonment followed by 24 months supervised release

Type of Supervision: Supervised Release Date Supervision Commenced: August 5, 2025

Assistant U.S. Attorney: Holly Diane Pavlinski Defense Attorney: Juan Neri, III (AFPD)

---

**PREVIOUS COURT ACTION**

None during this term of supervised release.

**PETITIONING THE COURT**

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:
s

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime during the term of supervision.** |
| 2. | **Standard Condition No. 9: If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours.** |
| 3. | **Special Condition: The defendant shall not communicate, or otherwise interact with Jennifer Gonzalez, either directly or through someone else, without first obtaining the permission of the Court.** |
| 4. | **Special Condition: The defendant shall not knowingly enter or be in the same home, residence, neighborhood as Jennifer Gonzalez without first obtaining the Court's permission.** |

Investigative reports reflect that on or about June 28, 2026, a constable with the Harris County, Texas, Constable's Office Precinct No. 3 was dispatched to a suspicious person call for services at 10219 Dawson Hill Lane in Houston, Texas. Upon arrival, the constable contacted the complainant, who was identified as Jennifer Gonzalez, who reported that the offender, who was her ex-boyfriend, was outside her residence waiting in a green Mazda sedan. The complainant further stated that she observed the offender place an unknown item on top of her vehicle and advised she had an active protective order against the offender. The constable observed a dark-colored vehicle parked in front of the complainant's residence and upon passing by it, the vehicle immediately began leaving the area at a high rate of speed. The constable caught up to the vehicle and made contact with the driver, who was identified as the offender. The constable asked the offender why he was in the area, to which the offender stated he was dropping off a girl after they had attended a meeting together and that he had given her flowers. When asked to identify the female he had dropped off and had given flowers to, the offender stated her name was "Jennifer," and that he had left the flowers on her vehicle.

The constable returned to the complainant's residence to gather additional information and it was revealed that beginning at 11:00pm, the offender repeatedly called her approximately 15 times and observed him from a second-floor window standing outside her residence, where she saw him place an unknown item on her vehicle before entering the vehicle parked in front of her home.

The constable conducted a computerized records check on the offender's information and it was confirmed the complainant had an active protective order against the offender in Cause No. 2026-03239 in the 280th Judicial District Court of Harris County, Texas, that was active until February 11, 2041.

This criminal conduct has since been indicted for the offense of Violation of a Protective Order and it is pending in the Harris County, Texas, Court at Law under Dkt. No.: 2627651. A warrant for the offender's arrest was issued and he has not yet been arrested for this offense. In addition, the offender failed to notify the probation officer of this law enforcement contact.

U.S. Probation Officer Recommendation: The offender commenced his second term of supervised released on August 5, 2025, in the Southern District of Texas, Houston Division. During this term of supervised release, the offender has yet again violated the same conditions by continuing to engage in criminal conduct while on supervision. The most troubling factor is that this new conduct involves the same victim from a previous assault that was the basis of this offender being revoked on the first occasion. Based on the offender's lack of regard for the laws of the United States, and his conditions of supervised release ordered by the Court, it is respectfully recommended that a supervised release violation warrant be issued in this matter.

The term of supervision should be

☒ revoked. (Maximum penalty: __2__ years imprisonment; __24__ months supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:

Approved:

*[signature]*

Cynthia A. Sandoval
Supervising U.S. Probation Officer

Respectfully Submitted,

*[signature]*

Jesus A. De Leon
U.S. Probation Officer
Date: July 15, 2026
Telephone #: (830) 308-6365

Approved:

*[signature]*

Warsame Galaydh
Supervisory Assistant U.S. Attorney

cc: Andrew J. Gonzales
Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

- ☐ No action.
- ☑ The issuance of a WARRANT. Bond is set in the amount of $ Detain cash/surety with supervision by the United States Probation Office to continue as a condition of release.
- ☐ The issuance of a SUMMONS.
- ☐ Other ____________________

Honorable Alia Moses
Chief United States District Judge

7/15/26
Date