AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
SAUL CIFUENTES

*Defendant*

Case No. DR-21-CR-0336 (01)

RECEIVED
JUL 15 2026
U.S.MARSHALS W/TX DEL RIO

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* SAUL CIFUENTES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

PLEASE SEE ATTACHMENT

Date: 07/15/2026

*Issuing officer's signature*

D. De Luna, Operations Clerk
*Printed name and title*

City and state: Del Rio, Texas

Chief U.S. District Judge Alia Moses
*Judicial Officer's Name*

Bail fixed at $: DETAIN

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

________
*Arresting officer's signature*

________
*Printed name and title*