UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**FILED**
AUG 0 6 2026

United States District Court
Southern District of Texas

**ENTERED**

July 31, 2026

Nathan Ochsner, Clerk

United States of America

versus

Saul Cifuentes

§
§   CLERK, U.S. DISTRICT COURT
§   WESTERN DISTRICT OF TEXAS
§   BY _____
§              DEPUTY CLERK
§   Case No. 4:26-mj-00508
§
§
§

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Texas Western District Court, Del Rio division, in 2:21-CR-00336.**

The defendant requested court appointed counsel. Federal Public Defender appointed.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: July 31, 2026

_Christina A. Bryan_
Christina A. Bryan
United States Magistrate Judge

RECEIVED

AUG 0 6 2026

U.S. MARSHALS W/TX DEL RIO

14

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: <u>4:26-mj-00508</u>-1
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Cifuentes | Date Filed: 07/31/2026 |
| Other court case number: 2:21cr336 Western District of Texas (Del Rio) | Date Terminated: 08/06/2026 |

Assigned to: Magistrate Judge
Christina A Bryan

## <u>Defendant (1)</u>

**Saul Cifuentes**
*TERMINATED: 08/06/2026*

represented by **Federal Public Defender – Houston**
440 Louisiana
Ste 1350
Houston, TX 77002
713-718-4600
Fax: 713-718-4610
Email: hou_ecf@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Supervised Release Violation | |

1

Plaintiff

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2026 | 1 | Petition for Warrant or Summons for Offender Under Supervision – Western District of Texas, Del Rio Division as to Saul Cifuentes, filed. (anc4) (Entered: 07/31/2026) |
| 07/31/2026 | | Arrest (Rule 32) of Saul Cifuentes, filed. (anc4) (Entered: 07/31/2026) |
| 07/31/2026 | 2 | Arrest Warrant issued 7/15/2026; Returned Executed on 7/31/2026 as to Saul Cifuentes. Defendant was arrested in Houston, TX. Document restricted from PACER under privacy policy., filed. (anc4) (Entered: 07/31/2026) |
| 07/31/2026 | | Set Hearing as to Saul Cifuentes: Initial Appearance – Rule 32 set for 7/31/2026 at 10:00 AM in Courtroom 701 before Magistrate Judge Christina A Bryan (anc4) (Entered: 07/31/2026) |
| 07/31/2026 | | Arrest of Saul Cifuentes, filed. (mem4) (Entered: 07/31/2026) |
| 07/31/2026 | | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 7/31/2026 before Magistrate Judge Christina A Bryan as to Saul Cifuentes. Defendant first appearance on Supervised Release Violation from the Texas Western District Court 2:21–CR–00336 and advised of rights/charges. Defendant requests appointed counsel, Financial affidavit executed, Defendant appeared with counsel. Order appointing FPD for limited purpose, Waiver of Identity, Preliminary executed on the record, Defendant ordered removed to originating district. Appearances: AUSA Ekua Ayatra Assabill for USA; AFPD Joshua Lake for Defendant.(ERO:Yes) (Interpreter: No) Defendant remanded to custody, filed. (mem4) (Entered: 07/31/2026) |
| 07/31/2026 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Saul Cifuentes FOR LIMITED PURPOSE. (Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) (Entered: 07/31/2026) |
| 07/31/2026 | 4 | BRADY ORDER on Rule 5(f) as to Saul Cifuentes. (Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) (Entered: 07/31/2026) |
| 07/31/2026 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Saul Cifuentes. Defendant committed to the Texas Western District Court. ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) (Entered: 07/31/2026) |
| 07/31/2026 | | RULE 5 Papers sent via email to Texas Western District Court Del Rio Division as to Saul Cifuentes, filed. (mem4) (Entered: 07/31/2026) |
| 07/31/2026 | 6 | Sealed Financial Affidavit CJA 23 by Saul Cifuentes, filed. (Entered: 08/06/2026) |

2

PROB 12C
(7/93)

**FILED**

JUL 15 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Saul Cifuentes _____ Case Number: DR:21-CR-00336(1)

Name of Sentencing Judicial Officer: Honorable Alia Moses, Chief United States District Judge

Name of Revocation Sentencing
Judicial Officer:  Honorable Alia Moses, Chief United States District Judge

Date of Original Sentence: March 17, 2022

Date of Revocation Sentence: July 3, 2025

Original Offense: 8 U.S.C. § 1324 – Conspiracy to Transport Illegal Aliens

Original Sentence: 14 months imprisonment followed by 3 years supervised release

Revocation Sentence: 12 months imprisonment followed by 24 months supervised release

Type of Supervision: Supervised Release _____ Date Supervision Commenced: August 5, 2025

Assistant U.S. Attorney: Holly Diane Pavlinski _____ Defense Attorney: Juan Neri, III (AFPD)

### PREVIOUS COURT ACTION

None during this term of supervised release.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime during the term of supervision. |
| 2. | Standard Condition No. 9: If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours. |
| 3. | Special Condition: The defendant shall not communicate, or otherwise interact with Jennifer Gonzalez, either directly or through someone else, without first obtaining the permission of the Court. |
| 4. | Special Condition: The defendant shall not knowingly enter or be in the same home, residence, neighborhood as Jennifer Gonzalez without first obtaining the Court's permission. |

3

Saul Cifuentes
DR:21-CR-00336(1)
Petition for Warrant or Summons for Offender Under Supervision

Investigative reports reflect that on or about June 28, 2026, a constable with the Harris County, Texas, Constable's Office Precinct No. 3 was dispatched to a suspicious person call for services at 10219 Dawson Hill Lane in Houston, Texas. Upon arrival, the constable contacted the complainant, who was identified as Jennifer Gonzalez, who reported that the offender, who was her ex-boyfriend, was outside her residence waiting in a green Mazda sedan. The complainant further stated that she observed the offender place an unknown item on top of her vehicle and advised she had an active protective order against the offender. The constable observed a dark-colored vehicle parked in front of the complainant's residence and upon passing by it, the vehicle immediately began leaving the area at a high rate of speed. The constable caught up to the vehicle and made contact with the driver, who was identified as the offender. The constable asked the offender why he was in the area, to which the offender stated he was dropping off a girl after they had attended a meeting together and that he had given her flowers. When asked to identify the female he had dropped off and had given flowers to, the offender stated her name was "Jennifer," and that he had left the flowers on her vehicle.

The constable returned to the complainant's residence to gather additional information and it was revealed that beginning at 11:00pm, the offender repeatedly called her approximately 15 times and observed him from a second-floor window standing outside her residence, where she saw him place an unknown item on her vehicle before entering the vehicle parked in front of her home.

The constable conducted a computerized records check on the offender's information and it was confirmed the complainant had an active protective order against the offender in Cause No. 2026-03239 in the 280th Judicial District Court of Harris County, Texas, that was active until February 11, 2041.

This criminal conduct has since been indicted for the offense of Violation of a Protective Order and it is pending in the Harris County, Texas, Court at Law under Dkt. No.: 2627651. A warrant for the offender's arrest was issued and he has not yet been arrested for this offense. In addition, the offender failed to notify the probation officer of this law enforcement contact.

U.S. Probation Officer Recommendation: The offender commenced his second term of supervised released on August 5, 2025, in the Southern District of Texas, Houston Division. During this term of supervised release, the offender has yet again violated the same conditions by continuing to engage in criminal conduct while on supervision. The most troubling factor is that this new conduct involves the same victim from a previous assault that was the basis of this offender being revoked on the first occasion. Based on the offender's lack of regard for the laws of the United States, and his conditions of supervised release ordered by the Court, it is respectfully recommended that a supervised release violation warrant be issued in this matter.

4

Saul Cifuentes
DR:21-CR-00336(1)
Petition for Warrant or Summons for Offender Under Supervision

The term of supervision should be

☒ revoked. (Maximum penalty: __2__ years imprisonment; __24 months supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:

Approved:

_CA Sandoval_

Cynthia A. Sandoval
Supervising U.S. Probation Officer

Approved:

_Warsame Galaydh_

Warsame Galaydh
Supervisory Assistant U.S. Attorney

Respectfully Submitted,

_Jesus D. De Leon_

Jesus A. De Leon
U.S. Probation Officer
Date: July 15, 2026
Telephone #: (830) 308-6365

cc:    Andrew J. Gonzales
Deputy Chief U.S. Probation Officer

Saul Cifuentes
DR:21-CR-00336(1)
Petition for Warrant or Summons for Offender Under Supervision

## THE COURT ORDERS:

☐ No action.

☑ The issuance of a WARRANT.    Bond is set in the amount of $ _Detain_ cash/surety with supervision
by the United States Probation Office to continue as a condition of release.

☐ The issuance of a SUMMONS.

☐ Other _____

_____

Honorable Alia Moses
Chief United States District Judge

_____7/15/26_____
Date

6

AO 442 (Rev. 11/11) Arrest Warrant

#1234910

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
SAUL CIFUENTES

)
)
)    Case No.    DR-21-CR-0336 (01)
)
)
)
)

_____
Defendant

RECEIVED

JUL 1 5 2026

U.S. MARSHALS W/TX DEL RIO

## ARREST WARRANT

To:    Any authorized law enforcement officer

COURT

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    SAUL CIFUENTES

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

PLEASE SEE ATTACHMENT

A true copy of the original, I certify,
Clerk U.S. District Court
by _____
Deputy Clerk

Date:    07/15/2026

_____
*Issuing officer's signature*

D. De Luna, Operations Clerk

*Printed name and title*

City and state:    Del Rio, Texas

Chief U.S. District Judge Alia Moses

*Judicial Officer's Name*

Bail fixed at $:    DETAIN

| Return |
|---|
| This warrant was received on *(date)* 7/15/2026 , and the person was arrested on *(date)* 7/31/2026 at *(city and state)* Houston, tx . |
| Date: 7/31/2026 |

_____
*Arresting officer's signature*

S. Oliver   DEO

*Printed name and title*

could be executed

8

United States District Court
Southern District of Texas
**ENTERED**
July 31, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Case No. 4:26–mj–00508 |
| | § | |
| | § | |
| Saul Cifuentes | § | |
| | § | |

## ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE

Because the Defendant, Saul Cifuentes, has satisfied this court that (s)he is financially unable to employ counsel for initial appearance only and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent Defendant in the above designated case for the **limited purpose of any hearing conducted in Houston, Texas**, and shall have no effect once the Defendant is transferred to the original court in the Texas Western District Court, Del Rio Division. Once transferred, the original court must make a new determination on whether the Defendant satisfies the requirements for appointed counsel based on the information available to the court at that time.

**Attorney appointed: Federal Public Defender**

The appointment **SHALL** remain in effect until Defendant is transferred to the original jurisdiction and this case is terminated in the Southern District of Texas.

Signed on July 31, 2026.

Christina A. Bryan
United States Magistrate Judge

12