**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| **vs.** | § | **Case Number: DR:21-CR-00336(1)-AM** |
| | § | |
| **(1) Saul Cifuentes** | § | |

**ORDER RESETTING PRELIMINARY REVOCATION / DETENTION HEARING**

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 9:00 AM, in Courtroom 4, on the Third Floor of the United States Courthouse, 111 E. Broadway, Del Rio, TX, on August 24, 2026.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 21st day of August, 2026

**MATTHEW H. WATTERS**
**UNITED STATES MAGISTRATE JUDGE**