IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 2:21-CR-00336-AM |
| SAUL CIFUENTES | § | |

**WAIVER OF PRELIMINARY HEARING AND/OR DETENTION HEARING**
(Rule 5 or 32.1, FED.R.CRIM.P.)

**Preliminary Hearing**

I, Saul Cifuentes, charged in a complaint pending in this District, and having appeared before this court and been advised of my rights as required by Rule 5 or Rule 32.1, FED.R.CRIM.P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

Yo, Saul Cifuentes, el acusado en una acusación pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliéndose con el reglamento 5 o 32.1 de los Reglamentos de Procedimiento Penal Federal, por este medio renuncio a (abandono) mi derecho a una audiencia preliminar.

Saul Cifuentes – Defendant

**Detention Hearing**

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for my trial. I hereby waive (give up) my right to have a detention hearing.

También me han informado de mi derecho a una audiencia para fijar fianza. Me han informado que en la audiencia para fijar fianza, el juez recibirá pruebas para poder determinar si seguirá detenido sin fianza, o si me fijarán fianza. Me han informado que si renuncio (abandono) mi derecho a una audiencia para fijar fianza, seguiré detenido sin fianza hasta que se me someta a juicio. Renuncio (abandono) mi derecho a una audiencia para fijar fianza.

Saul Cifuentes – Defendant

8-21-26
Date

for Jaime J. Zampierollo
Attorney for Defendant