# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case Number: DR:21-CR-00336(1)-AM |
| | § | |
| (1) Saul Cifuentes<br>*Defendant* | § | |

## ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Saul Cifuentes, a hearing was set for August 24, 2026.

Jaime Zampierollo-Vila was appointed to represent the defendant. On August 21, 2026, the attorney for the defendant filed a Waiver of Preliminary and Detention Hearing signed by the attorney and the defendant waiving the hearings and the right to contest the Government's motion.

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED on 21st day of August, 2026.

MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE