**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**DEL RIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. DR-21-CR-336 (1) AM |
| | § | |
| SAUL CIFUENTES | § | |
| | § | |

**DEFENDANT'S MOTION FOR CONTINUANCE OF FINAL REVOCATION HEARING/DOCKET CALL**

TO THE HONORABLE ALIA MOSES, CHIEF UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS:

COMES NOW the Defendant Saul Cifuentes in the above-styled and numbered cause and through his attorney of record Assistant Federal Public Defender, Jaime J. Zampierollo, and would move the Court to continue this matter until the next call of the docket and in support thereof would show the following:

**I.**

Defendant anticipates that the filing of this Motion will result in excludable delay as contemplated by 18 U.S.C. 3161(h)(7)(A). As of the date of this filing, Defendant is in custody.

**II.**

Mr. Saul Cifuentes was originally sentenced on this matter on March 17, 2022. This petition for revocation of supervised release was filed on July 15, 2026. This case is set for Final Revocation/Docket Call on October 13, 2026. Defense counsel is requesting a continuance

because further investigation is needed in this case. For this reason, a continuance is respectfully requested until the next docket call.

**II.**

This motion for continuance is not made for purposes of delay or to frustrate the judicial process. Instead, this motion is filed so that justice may be realized.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that this Motion for Continuance be, in all respects, granted and that this matter be continued until the next call of the docket.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ (Jaime J. Zampierollo)

JAIME J. ZAMPIEROLLO
Assistant Federal Public Defender
Western District of Texas
2205 Veterans Blvd., Ste. A-2
Del Rio, Texas 78840
(830) 703-2040
(830) 703-2047 (FAX)
Bar Number: Texas 24106735

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on the 9th day of October 2026, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daisy Gonzalez
Assistant U.S. Attorney
111 E. Broadway, Suite 300
Del Rio, TX 78840

/s/ (Jaime J. Zampierollo)____
JAIME J. ZAMPIEROLLO
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**DEL RIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. DR-21-CR-336 (1) AM |
| | § | |
| SAUL CIFUENTES | § | |
| | § | |

**ORDER CONTINUING REVOCATION/DOCKET CALL HEARING**

THIS MATTER having come before the Court upon Defendant's Motion to Continue Final Revocation/Docket call hearing, and the Court having otherwise been fully advised of the premises therein, the Court FINDS that the Motion is well-taken, and the relief prayed for should be GRANTED.

IT IS THEREFORE ORDERED that the Final Revocation/Docket Call hearing in this case, currently scheduled for Tuesday, October 13, 2026, at 10:00 a.m. be, and the same hereby is, VACATED and CONTINUED until _______________________, 2026 at _______________ a.m/p.m.

SO ORDERED on this ____ day of ________________, 2026.

____________________________________
ALIA MOSES
Chief United States District Judge